THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ONNE TALAS, Appellant.

(Argued June 12, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered November 5, 1915, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles E. Le Barbier* for appellant.

*Edward Swann*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.

---

BRIDGET C. SMITH et al., as Administrators of the Estate of EDWARD SMITH, Deceased, Respondents, v. JAMES O. WINSTON et al., Copartners under the Firm Name of WINSTON & CO., Appellants.

*Smith* v. *Winston*, 165 App. Div. 938, affirmed.
(Submitted June 14, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 18, 1914, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of the defendants, his employers. Plaintiffs alleged that the accident occurred through the negligence of the defendants, their superintendent, foreman and those charged with the duty of supervising the work in which and the place of work where the said intestate was engaged by the express command and direction of the defendants' foreman, and through the failure and neglect of the

defendants to make, promulgate and enforce suitable, proper and reasonable rules and regulations for the protection of plaintiffs' intestate in the work at which he was engaged at the time of his death, and through the failure and neglect of the defendants to guard and keep reasonably safe the place where he was working under certain cars upon a siding at the time of receiving the injuries from which he died. The defense was that the proximate cause of the death of the plaintiffs' intestate was his own negligence; that he had full knowledge of the character, condition and surroundings of his work; that the defendants furnished him with a reasonably safe place in which to work, and reasonably safeguarded him in his work.

*A. T. Clearwater* for appellants.

*John G. Van Etten* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.

---

JOHANNA BRENNAN, as Sole Administratrix of the Estate of HUGH BRENNAN, Deceased, Respondent, *v.* THE TRUSTEES OF THE VILLAGE OF BATH, Appellant.

*Brennan* v. *Trustees of Village of Bath*, 162 App. Div. 932, affirmed.

(Argued June 14, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant in failing to properly maintain a sidewalk and barrier on a street adjacent to a millpond. It was claimed that upon the night plaintiff's intestate met his death he stepped